UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| Beth Andrew-Berry, individually and as a representative of the GWA, LLC 401(k) Profit Sharing Plan and a class of similarly situated persons,<br><br>        Plaintiff,<br><br>   v.<br><br>George A. Weiss and GWA, LLC,<br><br>        Defendants. | Case No.: 3:23−cv−00978−OAW<br><br>May 13, 2024 |

## NOTICE OF BANKRUPTCY FILING

PLEASE TAKE NOTICE that on April 29, 2024, Defendant GWA, LLC ("GWA") filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. A copy of the GWA bankruptcy petition (Case No. 24-10744-mg) is attached hereto as Exhibit A. Pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. § 362, GWA respectfully apprises the Court that the continued prosecution of this action is automatically stayed as to GWA.

Dated: May 13, 2024                                              Respectfully submitted,

                                                                                  */s/ James O. Fleckner*
                                                                                    Michelle L. Briggs (CT21636)
                                                                                    James O. Fleckner*
                                                                                    Alison V. Douglass*

GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
mbriggs@goodwinlaw.com
jfleckner@goodwinlaw.com
adouglass@goodwinlaw.com

DeMario M. Carswell*
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, D.C. 20036
Tel: (202) 346-4000
Fax: (202) 346-4444
dcarswell@goodwinlaw.com

*Pro hac vice

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I, James O. Fleckner, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 13, 2024.

                                                     */s/ James O. Fleckner*
                                                     James O. Fleckner