UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| Beth Andrew-Berry, individually and as a representative of the GWA, LLC 401(k) Profit Sharing Plan and a class of similarly situated persons,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>George A. Weiss and GWA, LLC,<br><br>　　　　Defendants. | Case No.: 3:23−CV−00978−OAW<br><br>September 27, 2024 |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Beth Andrew-Berry, on behalf of herself and the proposed Class Members, respectfully moves this Court for an Order: (1) granting preliminary approval of her Class Action Settlement Agreement with Defendants George A. Weiss and GWA, LLC (together, "Defendants"), (2) certifying the proposed Settlement Class for purposes of Settlement; (3) approving the proposed Notice of Settlement (Exhibit A to the Settlement Agreement) and authorizing distribution of the Notice to the Settlement Class; (4) scheduling a final approval hearing; and (5) granting such other relief as set forth in the accompanying proposed Preliminary Approval Order (Exhibit D to the Settlement Agreement).

In support of this Motion, Plaintiff submits her contemporaneously filed Memorandum of Law, her accompanying declaration, the declaration of lead counsel Michelle C. Yau, and the materials attached thereto (including the Settlement Agreement).

Dated: September 27, 2024

Respectfully submitted,

*/s/ Daniel R. Sutter*
Michelle C. Yau (Federal Bar #: ct31491)
Daniel R. Sutter (PHV Bar #: phv207424)
Caroline E. Bressman (PHV Bar #: phv207428)
Jacob T. Schutz (PHV Bar #:  phv207771)
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600
myau@cohenmilstein.com
dsutter@cohenmilstein.com
cbressman@cohenmilstein.com
jschutz@cohenmilstein.com

*Attorneys for Beth Andrew-Berry*

3

## CERTIFICATE OF SERVICE

    I, Jacob T. Schutz, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 27, 2024.

                                                      */s/ Jacob T. Schutz*
                                                      Jacob T. Schutz