UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| Beth Andrew-Berry, individually and as a representative of the GWA, LLC 401(k) Profit Sharing Plan and a class of similarly situated persons,<br><br>        Plaintiff,<br><br>   v.<br><br>George A. Weiss and GWA, LLC,<br><br>        Defendants. | Case No.: 3:23−CV−00978−OAW<br><br>August 4, 2025 |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

    PLEASE TAKE NOTICE that on September 11, 2025 at 2:00 p.m., before the Honorable Omar A. Williams, United States District Judge, Plaintiff Beth Andrew-Berry ("Plaintiff") will and hereby does move this Court for an Order granting final approval of the Parties' Class Action Settlement Agreement (ECF No. 52-1).

    This motion is made pursuant to Federal Rule of Civil Procedure 23 and this Court's Preliminary Approval Order dated May 30, 2025 (*see* ECF No. 59 at 14), and is based on the accompanying Memorandum of Law and authorities cited therein; the declarations of Michelle C. Yau, Beth Andrew-Berry, Steve Pomerantz, Ph.D., and Jeffrey Mitchell and exhibits thereto; the prior declarations of the Class Representative (ECF No. 53); the Parties' Settlement Agreement, and all files, records, and proceedings in this action.

Defendants do not oppose this motion, and as of the date of this motion, there have been no objections to the Settlement. A proposed Final Approval Order is being submitted herewith.

Dated: August 4, 2025                                Respectfully submitted,

/s/ Michelle C. Yau
Michelle C. Yau (admitted *Pro Hac Vice*)
Federal Bar #: ct31491
Daniel R. Sutter (admitted *Pro Hac Vice*)
Caroline E. Bressman (admitted *Pro Hac Vice*)
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
(202) 408-4600
myau@cohenmilstein.com
dsutter@cohenmilstein.com
cbressman@cohenmilstein.com

Jacob T. Schutz (admitted *Pro Hac Vice*)
**Cohen Milstein Sellers & Toll PLLC**
400 South 4th Street # 401-27
Minneapolis, MN 55415
Tel: (612) 807-1575
Fax: (202) 408-4699
jschutz@cohenmilstein.com

*Attorneys for Beth Andrew-Berry*